NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SYNQOR, INC.,**
*Plaintiff-Appellee,*

v.

**ARTESYN TECHNOLOGIES, INC. AND ASTEC AMERICA, INC.,**
*Defendants-Appellants,*

AND

**BEL FUSE, INC.,**
*Defendant-Appellant,*

AND

**DELTA ELECTRONICS, INC., DELTA PRODUCTS CORP., AND POWER-ONE, INC.,**
*Defendants-Appellants,*

AND

**MURATA ELECTRONICS NORTH AMERICA, INC., MURATA MANUFACTURING CO., LTD., AND MURATA POWER SOLUTIONS, INC.,**
*Defendants-Appellants,*

AND

**CHEROKEE INTERNATIONAL CORP. AND LINEAGE POWER CORP.,**
*Defendants.*

Appeals from the United States District Court for the Eastern District of Texas in case no. 07-CV-0497, Judge T. John Ward.

---

2011-1191, -1192, -1194, 2012-1070, -1071, -1072

---

## ON MOTION

---

## O R D E R

Bel Fuse Inc. et al. move without opposition to withdraw Johnny A. Kumar as counsel. The court also considers whether to direct all counsel to submit amended entries of appearance and amended certificates of interest.

Upon consideration thereof,

It Is Ordered That:

(1)  The motion is granted.

(2)  All counsel are directed to file amended entries of appearance and amended certificates of interest within 14 days from the date of filing of this order.


FOR THE COURT


**APR 1 1 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk


**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 1 1 2012

JAN HORBALY
CLERK

cc:  Donald R. Dunner, Esq.
      Constantine L. Trela, Jr., Esq.
      Alan D. Smith, Esq.
      William F. Lee, Esq.
      Andrew J. Pincus, Esq.

s19